**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TODD MCMURRAY,

    Plaintiff,

v.

                                                Case No. 13-10496

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

    Defendant.
                                             /

**ORDER FOR SUPPLEMENTAL BRIEFING**

In this review of the Magistrate Judge's Report and Recommendation ("R&R"), Plaintiff presents two objections, both alleging that the Magistrate Judge "engaged in impermissible post-hoc analysis." Although the court has not yet delved deeply into the substance of his objections, Plaintiff cites apparently relevant authority in support of his argument.

The R&R explains that in the event of objections to the Report, "the non-objecting party must file a response . . . specifically addressing each issue raised . . . ." (*See* Pg ID # 610.) But Defendant's response states only that she "incorporates by reference . . . the arguments raised in her Motion for Summary Judgment." (*See* Pg ID # 619.) The court wonders where in her Motion for Summary Judgment, which preceded the R&R, there might be an argument addressing the claim that the Magistrate Judge would subsequently engage in impermissible post-hoc analysis. More than boilerplate is required here, perhaps not much more, but at least an effort. Accordingly,

**IT IS ORDERED** that Defendant shall file a response that addresses Plaintiff's Objections not later than **February 28, 2014.** In the absence of a relevant response, the court may deem Plaintiff's Objections conceded, and a remand under Sentence Four, as sought by Plaintiff, may result.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: February 19, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 19, 2014, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522