UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD MCMURRAY,

    Plaintiff,

v.                               Case No. 13-10496

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Overruling Plaintiff's Objections and Adopting the Magistrate Judge's Report and Recommendation," dated March 13, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Todd McMurray. Dated at Detroit, Michigan, this 13th day of March, 2014.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                  BY: S/Lisa Wagner
                                       Lisa Wagner, Case Manager to
                                       Judge Robert H. Cleland